UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRC INSURANCE SERVICES, INC.,

                Plaintiff,

-against-

JAMES SUH,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023
```

22 Civ. 9528 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 18, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by January 17, 2023. ECF No. 4. Those submissions are now overdue. Accordingly, by **January 23, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                                          ANALISA TORRES
                                               United States District Judge