**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CRC INSURANCE SERVICES, INC.,

                        Plaintiff,                 **ORDER**

        -against-                     **22-CV-9528 (AT) (JW)**

JAMES SUH,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court scheduled a discovery conference for March 28, 2025. The parties emailed the Court on March 27, 2025 requesting an adjournment of the conference to May 12, 2025 in order to finalize a preliminary settlement agreement. The request is **GRANTED**. The discovery conference will be held on **May 12, 2025 at 10:30 AM**. Additionally, the motion by Ryan Specialty Group, LLC, Dkt. No. 49, is **DENIED** without prejudice with leave to refile.

**The Clerk of Court is respectfully requested to close Dkt. No. 49.**

SO ORDERED.

DATED:    New York, New York
                March 28, 2025

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge