# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

KENNETH M LABBATE
PARTNER
212-804-4243
KLabbate@moundcotton.com

May 7, 2025

**VIA ECF**

Magistrate Judge Jennifer E. Willis
Southern District of New York
Thurgood Marshal Courthouse
40 Foley Square
New York, NY 10007

　　　　　RE:　CRC Insurance Services, Inc. v. James Suh
　　　　　Case No.: 22-cv-09528-AT-JEW

Dear Magistrate Willis:

　　Our office represents Defendant James Suh ("Defendant") in this matter commenced by Plaintiff CRC Insurance Services, Inc. ("CRC"). We write with the consent of CRC's counsel to seek a two-week adjournment of the status conference scheduled for Monday May 12, 2025 to a date during the week of May 26, 2025 that works best for the Court. The parties are in the process of finalizing and do expect to finalize the settlement in advance of that date and wish to avoid the unnecessary expenditure of judicial and party resources.

　　We appreciate the Court's attention to this request.

Respectfully submitted,

*Kenneth M. Labbate*

---

The request to adjourn the discovery conference is **GRANTED.** The conference will now be held on May 28, 2025 at 10:30 AM in Courtroom 228 in 40 Foley Square, New York, NY 10007. The parties are to provide a joint letter by May 23, 2025, no longer than three pages, outlining the outstanding discovery disputes or a status update as to negotiations. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 7, 2025